UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KELLY JENKINS BASTMAN, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| SAMUEL TRIPP HASSELL, | ) No. 5:18-CV-486-D |
| | ) |
| Appellees. | ) |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the appeal [D.E. 1].

**This Judgment Filed and Entered on May 15, 2019, and Copies To:**

| | |
|---|---|
| Andrew Epstein | (via CM/ECF electronic notification) |
| Jon H. Lieberg | (via CM/ECF electronic notification) |
| Kathleen M. O'Malley | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |

DATE  **PETER A. MOORE, JR., CLERK**

May 15, 2019  By: /s/ Nicole Sellers

Deputy Clerk